IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROCHELLE BRACY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 12-3323 |
| MELMARK INC. et al, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this ____day of September, 2013, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Doc. 19); Defendants' Response in Opposition (Doc. 22); Plaintiff's Reply (Doc. 29); Defendants' Motion for Summary Judgment (Doc. 18); Plaintiff's Response in Opposition (Doc. 20), Defendants' Reply (Doc. 23), and Plaintiff's Sur-Reply (Doc. 30), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's motion is **DENIED** and Defendants' motion is **GRANTED IN PART AND DENIED IN PART**.[1]

**IT IS FURTHER ORDERED** that this matter shall have a **TRIAL DATE CERTAIN** of **Monday, October 21, 2013 at 9:30 a.m.** in Courtroom 9B, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated September ___, 2013.